UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>ROK Builders, LLC</u>

                v.                           Case No. 12-cv-57-PB

<u>2010-1 SFG Venture, LLC et al</u>


<u>O R D E R</u>

     Effective October 1, 2005, Electronic Filing became mandatory in all cases in this district.  In the order granting his pro hac vice admission dated February 17, 2012, Attorney John H. Bae was notified that his admission was contingent on registering for ECF within 10 days.  On March 5, 2012, and March 9, 2012, the clerk's office contacted Attorney Bae to inform him that his ECF registration was past due and to request that he register for ECF immediately.  As of this date, Attorney John H. Bae has not registered for ECF.

     Attorney Bae shall register for ECF on or before March 28, 2012.  If Attorney Bae fails to register within this time-frame, the court will immediately revoke his pro hac admission status and will remove him as counsel of record in the case without further order of the court.

     SO ORDERED.


Date: March 20, 2012                                /s/ Paul Barbadoro
                                                    Paul J. Barbadoro
                                                    District Judge


cc: Counsel of Record
    John H. Bae, Esq.